IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN W. RICHARDSON,

        Petitioner,                     No. CIV S-06-2063 JAM EFB P

    vs.

SACRAMENTO SUPERIOR COURT,                     ORDER

        Respondent.
                              /

      Petitioner, a prisoner without counsel, has filed a petition for a writ of mandate pursuant to Cal. Civ. Proc. Code §§ 1085, 1086, *et seq*. Federal courts lack jurisdiction to issue a writ of mandamus to a state court. *Demos v. United States Dist. Court for the E. Dist. of Wash.*, 925 F.2d 1160, 1161 (9th Cir. 1991), citing 28 U.S.C. § 1651.[1]

      Petitioner appears to be alleging harm arising from a state court proceeding in which he claims he was wrongly convicted of failure to register as a sex offender pursuant to Cal. Penal Code § 290. Generally, a state prisoner may file in federal court either a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, in which he seeks relief from the fact or duration of

---

[1] It appears that petitioner may have intended to file with the California Court of Appeal, Third District Court, as petitioner's filing is directed to the "Appellate Court of California in and for the Eastern District." If that is so, petitioner is directed to file his action in the appropriate court, and file with this court a request for voluntary dismissal of this action.

1  his confinement, or a civil rights complaint pursuant to 42 U.S.C. § 1983, in which he seeks
2  money damages for the violation of a constitutional right by a state actor.
3      Petitioner has filed documents insufficient to commence an action in federal court.  If
4  petitioner elects to proceed with this case, he must either submit a petition for writ of habeas
5  corpus in which he alleges that he has adequately exhausted his state court remedies in seeking
6  relief from the fact or duration of his confinement, or a civil rights complaint seeking redress for
7  violation of a constitutional right.
8      In accordance with the above, IT IS HEREBY ORDERED that:
9      1.  The petition is dismissed with leave to amend.  Petitioner shall submit either an
10  amended petition, a civil rights complaint, or a request for voluntary dismissal within 30 days
11  from the date this order is served;
12      2.  The Clerk of the Court is directed to send to petitioner copies of the forms used in this
13  district to file a habeas corpus action pursuant to 28 U.S.C. § 2254 and a civil rights action
14  pursuant to 42 U.S.C. § 1983.  Additionally, the Clerk is directed to send to petitioner a copy of
15  his pleading filed September 15, 2006.
16      So ordered.
17  Dated:  June 11, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE