IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN W. RICHARDSON,

    Petitioner,                    No. CIV S-06-2063 JAM EFB P

    vs.

SACRAMENTO SUPERIOR COURT,      FINDINGS AND RECOMMENDATIONS

    Respondent.
_____/

    Petitioner has filed a petition for writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 12, 2008, the court dismissed the petition with leave to file an amended petition or civil rights complaint within 30 days.

    The 30 days have passed and petitioner has not filed an amended petition, a civil rights complaint or otherwise responded to that order.[1]

    Accordingly, it is hereby RECOMMENDED that this action be dismissed. *See* Fed. R. Civ. P. 41(b); Rule 11 of the Rules Governing Section 2254 Cases; L. R. 11-110.

////

---

[1] Although it appears from the file that petitioner's copy of the order was returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

1 These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
3 after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties.  Such a document should be captioned
5 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
6 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
7 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8 Dated:  August 6, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE